UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PLUG POWER INC. DERIVATIVE LITIGATION | **ORDER**<br>21-cv-2753 (ER) |

RAMOS, D.J.

On June 28, 2021, the parties requested that the Court enter an order that would stay this case, Doc. 15, which the Court granted the next day, Doc. 16. The parties have now filed a stipulation of voluntary dismissal. Doc. 25. Accordingly, the stay is lifted.

SO ORDERED.

Dated:   January 22, 2024
         New York, New York

EDGARDO RAMOS, U.S.D.J.